**COURT OF THE VIRGIN ISLANDS**
 **CLERK'S OFFICE**
ESTATE GOLDEN ROCK, LOT #13
.NSTED, ST. CROIX, V.I. 00820-4355

 **OFFICIAL BUSINESS**

Aaron Fenwick
9217 Lake Lotta Circle
Grotha, FL 34734-5009



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aaron Fenwick
9217 Lake Lotta Circle
Grotha, FL 34734-5009

9590 9402 8487 3186 9717 81

2. Article Number *(Transfer from service label)*

9589 0710 5270 1582 5802 91

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   · delivery address below: ☐ No

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage

Postmark
Here

Aaron Fenwick
9217 Lake Lotta Circle
Grotha, FL 34734-5009

1-20-CV-32 #39